UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No.: 17-CV-2329 (DWF/DTS)

The Estate of Vivian Maier,

   Plaintiff,

**AFFIDAVIT OF SERVICE**

vs.

MPLS Photo Center, LLC,

   Defendant.

---

STATE OF MINNESOTA )
         ) ss.
COUNTY OF HENNEPIN )

  Margaret L. Mooney, being duly sworn on oath, states that on the 17th day of August, 2017, she served a true and correct copy of Plaintiff's Application for Default and Plaintiff's Declaration of Counsel in Support of Application for Default via U.S. Mail, directed to the following address:

MPLS Photo Center, LLC
Attn: Jeff Harrington, Owner
2400 N. 2nd Street, Suite 200
Minneapolis, MN 55411

_____
Margaret L. Mooney

Subscribed and sworn to before me
this 17th day of August, 2017.

_____
Notary Public

MARY P BORDIAN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2020