UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Estate of Vivian Maier,

    Plaintiff,

vs.

MPLS Photo Center, LLC,

    Defendant.

Civil File No.:  17-CV-2329 (DWF/DTS)

**AFFIDAVIT OF SERVICE**

---

STATE OF MINNESOTA )
                             ) ss.
COUNTY OF HENNEPIN )

    Margaret L. Mooney, being duly sworn on oath, states that on the 21st day of August, 2017, she served a true and correct copy of Clerk's Entry of Default via U.S. Mail, directed to the following address:

MPLS Photo Center, LLC
Attn:  Jeff Harrington, Owner
2400 N. 2nd Street, Suite 200
Minneapolis, MN  55411

_____
Margaret L. Mooney

Subscribed and sworn to before me
this 21st day of August, 2017.

_____
Notary Public

DAWN R SHIPPEE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2020